# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1013**

**CAF 12-01063**

PRESENT: SMITH, J.P., FAHEY, SCONIERS, VALENTINO, AND WHALEN, JJ.

---

IN THE MATTER OF STARR L. ROSHIA,
PETITIONER-RESPONDENT,

V                                                      MEMORANDUM AND ORDER

CHRISTOPHER J. THIEL, RESPONDENT-APPELLANT.
(APPEAL NO. 3.)

---

JENNIFER M. LORENZ, LANCASTER, FOR RESPONDENT-APPELLANT.

MICHAEL A. SIRAGUSA, COUNTY ATTORNEY, BUFFALO (KRISTEN M. MARICLE OF COUNSEL), FOR PETITIONER-RESPONDENT.

--------------------------------------------------------------------------------

Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered May 16, 2012 in a proceeding pursuant to Family Court Act article 4. The order committed respondent to the Erie County Correctional Facility for a term of three months.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Same Memorandum as in *Matter of Roshia v Thiel* ([appeal No. 1] ___ AD3d ___ [Oct. 4, 2013]).

Entered: October 4, 2013                    Frances E. Cafarell
                                            Clerk of the Court